AO 442 (Rev. 1/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Traci Isaacs

)
)
) Case: 1:22-mj-00128
) Assigned to: Judge Faruqui, Zia M.
) Assign Date: 6/6/2022
) Description: COMPLAINT W/ ARREST WARRANT
)
)

Defendant

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Traci Isaacs
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Remaining in a Restricted Building With Intent to Impede or
Disrupt Official Functions;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Disorderly or Disruptive Conduct on the Capitol Grounds,
Parading in a Capitol Building;
18 U.S.C. § 1512(c)(1) - Impair a Record or Document for use in an Official Proceeding.

Date:   06/06/2022

Zia M. Faruqui
2022.06.06 19:13:03
-04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/14/2022, and the person was arrested on *(date)* 6/15/2022
at *(city and state)* St. Cloud, FLORIDA

Date: 6/15/2022

*Arresting officer's signature*

TFO/JTTF    Jesuel Cortes
*Printed name and title*